# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE C. LATRONICA, | Case No.  1:16-cv-01352-LJO-SAB |
| Plaintiff, | ORDER VACATING DECEMBER 14, 2016 HEARING |
| v. | |
| MERRILL LYNCH, et al., | |
| Defendants. | |

On November 7, 2016, Plaintiff filed a motion for arrest warrants and injunctions.  (ECF No. 12.)  Plaintiff set the motion for hearing on December 14, 2016.  The Court, having reviewed the record, finds this matter suitable for decision without oral argument.  See Local Rule 230(g). Accordingly, the previously scheduled hearing set for December 14, 2016, at 10:00 a.m. in Courtroom 9 is HEREBY VACATED, and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated:     **November 22, 2016**

UNITED STATES MAGISTRATE JUDGE

1