1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16

| MELANIE C. LATRONICA, | Case No.  1:16-cv-01352-LJO-SAB |
|---|---|
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR SUMMONS AS MOOT |
| v. | (ECF No. 20) |
| MERRILL LYNCH, et al., | |
| Defendants. | |

17      Plaintiff, proceeding pro se and in forma pauperis, filed this action on July 28, 2016.

18  (ECF No. 1.)  On December 15, 2016, Plaintiff's first amended complaint was dismissed without

19  leave to amend, Plaintiff's motions for arrest warrants and injunctions were denied, Plaintiff's

20  motion for reconsideration of the magistrate judge's order denying Plaintiff's motion to recuse

21  was denied, and the Clerk of the Court was directed to close this action.  (ECF No. 24.)

22      On January 3, 2017, Plaintiff filed the instant motion for summons.   (ECF No. 26.)

23  Plaintiff states that "[t]he summons must be stamped by the Clerks Office before I can address the

24  main defendants or before the court can warrant arrests.  The case is a criminal torture case and

25  the torture is still active including the activity."  (ECF No. 26 at 1.)

26      However, this action was closed on December 15, 2016.  (ECF No. 24.)   The first

27  amended complaint was dismissed and Plaintiff's motions for warrants and injunctions were

28  denied on December 15, 2016.  (ECF No. 24.)  The Court notes that Plaintiff was served with a

copy of the order adopting findings and a copy of the judgment on December 15, 2016, but they were returned to the Court as undeliverable on January 9, 2017.  As this action is closed, Plaintiff's motion for summons is denied as moot.  No further motions for a summons in this action shall be considered by the Court.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for summons is DENIED as moot.

IT IS SO ORDERED.

Dated:   **January 11, 2017**

_____
UNITED STATES MAGISTRATE JUDGE